# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>HUB GROUP TRUCKING,<br>    Garnishee,<br>and<br>VIRGIL COOK,<br>    Defendant. | Case No. 2:24-cv-02669-SHL-cgc<br>Reference Case No. 2:97-cr-20164-BBD-1 |

## ORDER OF GARNISHMENT

The United States of America seeks a Writ of Garnishment directed to Hub Group Trucking to satisfy the judgment entered against Virgil Cook in case number 2:97-cr-20164. (ECF No. 3 at PageID 24.) The writ was served on Hub Group on October 4, 2024, and it filed its answer several days later. (ECF No. 6 at PageID 44.) Hub Group states that it currently employs Cook and pays him weekly for his work. (Id. at PageID 44–45.) Cook was notified of his right to a hearing but has not requested one to object to Hub Group's answer or to determine exempt property. (See id. at PageID 47.)

There being no objection, Hub Group is **ORDERED** to pay 25% of Cook's non-exempt disposable earnings or the amount by which disposable earnings for the week exceed thirty times the federal minimum hourly wage, whichever is less, for each pay period, withheld from the date of service of the Writ of Garnishment to date, to the United States of America, and continue to withhold and pay over to the United States of America any additional non-exempt personal property belonging to Cook weekly, as should come into the Hub Group's possession or control in the future until the above-referenced judgment is paid in full, the judgment is satisfied, a court

order quashes the writ, the property in the possession or control of Hub Group is exhausted, or Cook separates from Hub Group's employment under 28 U.S.C. § 3205(c)(10).

**IT IS FURTHER ORDERED** that Hub Group pay over such property to the United States of America, through the United States District Court Clerk, and mail each remittance to **United States District Court Clerk, Western Division Office, 167 North Main Street, Room 242, Memphis, TN 38103, referencing case number 2:97-cr-20164-BBD-1.**

**IT IS SO ORDERED**, this 26th day of November, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE